FILED

17 APR 17 PM 12: 07

U.S.
MIDDLE DISTRICT
ORLANDO, FL

## ABSTRACT OF JUDGMENT
## NOTICE
## CASE NO. 6:14-cv-1766-Orl-40GJK

Pursuant to Title 28 United States Code, Section 3201, this judgment upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a Notice of Renewal. If such Notice of Renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| NAME AND ADDRESS OF PARTIES AGAINST WHOM JUDGMENT HAS BEEN OBTAINED | NAME OF PARTY IN WHOSE FAVOR JUDGMENT HAS BEEN OBTAINED |
|---|---|
| **Dante S. Giovannetti**<br>Orlando, FL 32836<br>SSN: xxx-xx-1990 | **United States Commodity Futures Trading Commission** |

| Amount of Judgment | Names of Creditors' Attorney | When Docketed |
|---|---|---|
| **Restitution Obligation:** Principal of $663,975.61, paid jointly and severally with all co-defendants; plus interest from the date of judgment on the amount set forth above at the legal rate as prescribed by law until paid in full, plus other costs of litigation in the amount of $2,435.87.<br>**Civil Monetary Penalty:** Principal of $1,991,926.83, paid jointly and severally with all co-defendants.<br>**Civil Monetary Penalty:** Principal of $140,000.00; paid jointly and severally with Dante S. Giovannetti and Emini Experts LLC. | A. LEE BENTLEY, III<br>U.S. Attorney<br>By: Kathy J.M. Peluso<br>Assistant U.S. Attorney<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602<br>Attn: Cierra M. Barker<br>Financial Litigation Unit | **June 3, 2016** |

**UNITED STATES OF AMERICA, CLERK'S OFFICE**
**U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA,**
**SS**

I CERTIFY, that the foregoing is a correct Abstract of the Judgment entered or registered by this court.

Dated at Orlando, Florida on 4/17/17, 2017.

~~SHERYL L. LOESCH, Clerk~~
Elizabeth Warren, Acting Clerk of Court

By: _____, Deputy Clerk.